IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BLUECROSS BLUESHIELD OF TENNESSEE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAURIE S. LEE, in her official capacity as )<br>Executive Director of the Department of )<br>Finance and Administration (Benefits )<br>Administration) for the State of Tennessee, )<br>et al. )<br>)<br>Defendants. ) | NO. 3:19-cv-01116<br><br>JUDGE RICHARDSON |

### ORDER

At the parties' request (Doc. No. 57), and for good cause shown, the Court recently entered an "Agreed Permanent Injunction," which the Parties apparently presented as a resolution of the entire case. (Doc. No. 58). By December 31, 2021, the Parties shall file either a stipulation of dismissal or a notice explaining why dismissal of this action is not yet warranted despite the Court's entry of the Agreed Permanent Injunction.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE